### FLOYD v. FLOYD. (No. 6773.)

(Court of Civil Appeals of Texas. Galveston. Feb. 18, 1915.)

APPEAL AND ERROR ☞768—QUESTIONS REVIEWABLE—ERRORS—CONCEDED EFFECT.

Where appellee's brief concedes that the cause should be reversed for errors pointed out in appellant's brief, the court will reverse the judgment and remand the cause without passing in detail on the assignments of error.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3103; Dec. Dig. ☞768.]

Appeal from District Court, Nacogdoches County; L. D. Guinn, Judge.

Action by R. W. Floyd against Mary E. Floyd. From a judgment denying relief, plaintiff appeals. Reversed and remanded.

Marshall & Marshall, of Nacogdoches, for appellant. Davis & Ramsey, of San Augustine, and June C. Harris and Audley Harris, both of Nacogdoches, for appellee.

McMEANS, J. R. W. Floyd brought this suit against his wife Mary E. Floyd, for a divorce, and for the custody of their children, and for partition of their community property. A trial before the court without a jury resulted in a judgment denying to plaintiff the relief sought, and he has appealed. In his brief he asks this court to reverse the judgment of the trial court, and to here tender judgment in his favor; but there is no assignment of error presented by him in such a way as to call into review the facts, or otherwise justify this court in so doing. He presents several assignments, however, in which he contends that the lower court committed errors prejudicial to him upon the trial, and, if these assignments are well taken, the judgment must be reversed, and the cause remanded.

Appellee, through her attorneys, has filed a brief in this court in which she says:

"The appellee concurs in the statement as made by appellant herein of the nature and result of the suit, and concedes that this cause should be reversed for the errors committed on the trial of the same and pointed out in appellant's brief filed herein."

This admission renders it unnecessary for this court to pass in detail upon the numerous assignments presented by appellant, and, in view of appellee's admission, the judgment will be reversed, and the cause remanded.

Reversed and remanded.